Argued and submitted August 9, ballot title certified August 17, 2000

Michael Paul MARSH
and Pamela K. Gaston,
*Petitioners,*

*v.*

Hardy MYERS,
Oregon Attorney General,
*Respondent.*

(SC S47724)

9 P3d 113

Michael Paul Marsh and Pamela K. Gaston, petitioners *pro se*, filed the petition and argued the cause.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent.

Before Durham, Presiding Justice, and Gillette, Van Hoomissen, Leeson, Kulongoski, and Riggs, Justices.*

PER CURIAM

---

* Carson, C. J., did not participate in the consideration or decision of this case.

**PER CURIAM**

This ballot title review proceeding brought under ORS 250.085(2) concerns the Attorney General's certified ballot title for a proposed initiative measure, denominated by the Secretary of State as Initiative Petition 1 (2002). Petitioners are electors who timely submitted written comments to the Secretary of State concerning the content of the Attorney General's draft ballot title and who therefore are entitled to seek review in this court. *See* ORS 250.085(2) (stating that requirement). We review the Attorney General's certified ballot title to determine whether it "substantially complies" with the requirements of ORS 250.035(2)(a) to (d) (1999).[1] ORS 250.085(5).

Petitioners challenge the caption, "yes" result statement, and summary certified by the Attorney General. We have considered each argument advanced by petitioners and determine that none is well taken. Accordingly, we certify the following ballot title to the Secretary of State:

REPEALS THE "LEGISLATIVE STATUTORY
SUPPLANTMENT" TO ARTICLE VII
(AMENDED) OF THE OREGON CONSTITUTION

RESULT OF "YES" VOTE: "Yes" vote would repeal the "legislative statutory supplantment" to Article VII (Amended) of the Oregon Constitution.

RESULT OF "NO" VOTE: "No" vote would retain the current statutory scheme concerning the judges, juries, courts, jurisdiction, and judicial system in Oregon.

SUMMARY: Article VII (Amended) of the Oregon Constitution authorizes the Legislative Assembly to adopt statutes creating courts inferior to the Oregon Supreme Court; establishing the jurisdiction of Oregon's courts; empowering the Oregon Supreme Court to appoint temporary judges to Oregon's courts; setting judges' salaries and retirement age; prescribing the record on appeals; governing juror

---

[1] The 1999 Legislature amended ORS 250.035(2) in several respects. Or Laws 1999, ch 793, § 1. This is the first case brought before this court to which the 1999 amendments apply.

selection and qualifications; prescribing the form for indictments; establishing the punishment, in addition to dismissal from office, for incompetency, corruption, malfeasance, or delinquency in office; establishing the procedure for removing or suspending a judge from office; and providing for juries consisting of fewer than 12 but at least six jurors. The legislature has adopted such statutes. The measure would repeal the "legislative statutory supplantment" to Article VII (Amended) of the Oregon Constitution.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).